Kathryn Lee Boyd (SBN 189496)
Kristen L. Nelson (SBN 269318)
**HECHT PARTNERS LLP**
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Tel.: (646) 490-2408
lboyd@hechtpartners.com
knelson@hechtpartners.com

*Counsel for Plaintiff American Taxpayers Fighting Fraud LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. AMERICAN TAXPAYERS FIGHTING FRAUD LLC (f/k/a RELATOR LLC),<br><br>Plaintiff,<br><br>v.<br><br>COLE HARRIS, an individual, and DEJA LLC, a California limited liability company,<br><br>Defendants. | Case No.: 2:22-cv-04178-MWC-RAO<br><br>**PLAINTIFF'S NOTICE OF SECOND RENEWED MOTION FOR DEFAULT JUDGMENT**<br><br>Date: January 15, 2027<br>Time: 1:30 p.m.<br>Judge: Hon. Michelle Williams Court<br><br>Complaint Filed: June 17, 2022 |

PLEASE TAKE NOTICE that Plaintiff American Taxpayers Fighting Fraud LLC ("Plaintiff" or "Relator"), by and through its undersigned counsel, will move this Court on January 15, 2027 or as soon as counsel may be heard, for entry of default judgment against Defendants Cole Harris and Deja LLC, in the above-entitled Court located at Courtroom 6A, 6th Floor, First Street U.S. Courthouse, Los Angeles, California 90012. This motion is brought pursuant to Federal Rule of Civil Procedure 55(b)(2) and the Clerk's entry of default on October 28, 2026 (ECF No. 96), and the Court's October 29, 2026 Order directing this filing (ECF No. 98). Relator seeks: (1) treble damages in the amount of $7,996,128.57; (2) civil penalties of between $28,616.00 and $57,238.00; and (3) reasonable attorneys' fees, litigation expenses, and costs of suit.

This motion is based upon this Notice, the Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Kristen L. Nelson and accompanying exhibits and the Declaration of Peter Shahriari filed concurrently herewith, the Proposed Order, and upon all papers on file in this action.

Defendants were served but failed to appear or otherwise respond to the Complaint. Accordingly, no L.R. 7-3 meet and confer was possible prior to filing this motion.

Dated: November 20, 2026

By: /s/ Kristen L. Nelson

Kristen Leigh Nelson (SBN 269318)
Kathryn Lee Boyd (SBN 189496)
**HECHT PARTNERS LLP**
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Tel.: (646) 490-2408
knelson@hechtpartners.com
lboyd@hechtpartners.com

*Counsel for Plaintiff American Taxpayers Fighting Fraud LLC*